**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**NADJARE CHARLES EVANS,**

   *Plaintiff,*

v.                                              **Case No.: 1:26cv139-MW/HTC**

**ROBERT GROEB, et al.,**

   *Defendants.*
_____/

## <u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 9. This Court is not persuaded by Plaintiff's objections or Plaintiff's attempt to recharacterize his claims in response to the report and recommendation.

Likewise, this Court agrees with the Magistrate Judge's recommendation of dismissal without prejudice in light of the fact that this Court lacks jurisdiction to hear Plaintiff's claims under the *Rooker-Feldman* doctrine. Even so, this Court agrees that further amendment would be futile given the litany of other defects identified in the report and recommendation. *See Borst-Dookie v. Alija*, No. 2:26-cv-1865-SPC-KRH, 2026 WL 1652693, at *1 (M.D. Fla. June 8, 2026) (dismissing without prejudice based on lack of subject matter jurisdiction and concluding that further amendment would be futile).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice**." Plaintiff's pending motions, ECF Nos. 3 and 8, are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on July 16, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2